IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BENITO JULIAN LUNA,

    Plaintiff,       No. CIV S-02-0706 DFL JFM P

    vs.

SACRAMENTO COUNTY SHERIFFS, et al.,

    Defendants.      ORDER

/

    Plaintiff is a prison inmate proceeding pro se and in forma pauperis with a civil rights action. On October 31, 2005, plaintiff filed his ninth request for the appointment of counsel. Plaintiff's previous requests were filed on April 19, 2002, May 2, 2002, December 23, 2002, October 22, 2003, February 3, 2004, February 19, 2004 and October 5, 2005 [documents 72 and 73]. All requests were denied. In light of those orders, IT IS HEREBY ORDERED that plaintiff's October 31, 2005 request (Docket No. 77) for appointment of counsel is denied.

DATED: November 16, 2005.

                                     UNITED STATES MAGISTRATE JUDGE

/kf/001
luna0706.31