IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BENITO JULIAN LUNA,

    Plaintiff,                   No. CIV S-02-0706 DFL JFM P

    vs.

DEPUTY THUREIN,

    Defendant.                <u>ORDER</u>

_____/

        Plaintiff is a prison inmate proceeding pro se and in forma pauperis with a civil rights action. Defendant has named four inmate witnesses as witnesses in his pretrial statement and these witnesses have been included in the court's February 9, 2006 pretrial order. Defendant's objections to the pretrial order are pending. Good cause appearing, this matter will be set for telephonic status conference on Thursday, November 16, 2006 at 1:00 p.m. The court will place the conference call. Prior to this conference, counsel for defendant shall contact the California Department of Corrections-Rehabilitation to find out whether the department can be of assistance in determining the present location of the following witnesses who may be inmates:

        1. Mr. Chris Ayala

        2. Mr. Charles Pyle

        3. Mr. Rene Cazares

        4. Mr. Angel Fierro

Counsel shall also be prepared to address whether defendant has access to information at the Sacramento County Jail that might assist discovering the location of these persons.

Accordingly, IT IS HEREBY ORDERED that:

1. This matter is set for telephonic status conference on Thursday, November 16, 2006, at 1:00 p.m.

2. Prior to the conference call, counsel for defendant shall contact the California Department of Corrections-Rehabilitation to find out whether he can obtain the department's assistance to determine the present location of the inmate witnesses named above.

3. The Clerk of the Court is directed to fax a copy of this order to Paul Sanchez, Litigation Coordinator at Pleasant Valley State Prison, 559-935-4928, in order to facilitate the participation of plaintiff at the November 16, 2006 telephonic status conference. Mr. Sanchez or his assistant shall contact chambers at 916-930-4139 to inform the court of the telephone number at which plaintiff may be reached on November 16, 2006.

DATED: November 14, 2006.

UNITED STATES MAGISTRATE JUDGE

/001
luna0706.sco