# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENITO JULLIAN LUNA,<br><br>              Plaintiff,<br><br>     v.<br><br>THURIEN, et al.,<br><br>              Defendants.<br>_____/ | CASE NO. 2:02-cv-00706 TAG P<br><br>ORDER SETTING TELEPHONIC STATUS CONFERENCE<br><br>ORDER DIRECTING CLERK'S OFFICE TO FAX ORDER TO LITIGATION OFFICE AT PLEASANT VALLEY STATE PRISON<br><br>**Telephonic Hearing:**   **February 7, 2007, at 11:00 a.m.**<br>**1200 Truxtun**<br>**(TAG)** |

The Court on its own motion makes the following orders:

1. This matter is set for a telephonic status conference on February 7, 2007 at 11:00 a.m. before the undersigned at the 1200 Truxtun facilities; and

2. Defendant's counsel shall arrange for the participation of plaintiff in the conference call and shall initiate the conference call at (661) 326-6620; and

3. The Clerk's Office shall fax a courtesy copy of this order to the Litigation Office at Pleasant Valley State Prison at (559) 935-4928; and

4. The parties are advised that the Court wishes to address matters regarding the trial date, which is currently set for April 16, 2007.

IT IS SO ORDERED.

Dated:  **February 1, 2007**                              **/s/ Theresa A. Goldner**
**j6eb3d**                                                         UNITED STATES MAGISTRATE JUDGE