UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

BENITO JULIAN LUNA,                    Case #  2:02-cv-00706 TAG P

      Plaintiff,

Vs.

THUREIN, et al                         SPECIAL INTERROGATORY
      Defendants.
_____/

    The attached Special Interrogatory was given to the trial jurors and returned by the trial jurors in the above-entitled case on June 12, 2007.

DATED:  June 13, 2007

                                VICTORIA C. MINOR, CLERK


                                _____
                                A. C. Leon Guerrero
                                Courtroom Deputy Clerk

## SPECIAL INTERROGATORY

Do you find from a preponderance of the evidence:

1. That defendant Thurein intentionally committed acts that violated the plaintiff Luna's federal constitutional right, namely that defendant Thurein orchestrated the fight between Plaintiff and other inmates either in retaliation for Plaintiff's provision of testimony for inmate Michael Smith or for the spectacle of viewing gladiator style fighting?

    Answer Yes or No  No

2. That defendant's acts were the proximate or legal cause of damages sustained by plaintiff Luna?

    Answer Yes or No  No

If you answered No to either Question No. 1 or Question No. 2, you need not answer the remaining questions. If you answered Yes to Question No. 1 and Question No. 2, proceed to Question No. 3.

3. That plaintiff's damages have no monetary value, beyond the nominal amount of one dollar.

    Answer Yes or No _____

If your answer is Yes to Question No. 3, you need not answer the remaining questions. If you answered No to Question No. 3, proceed to Question No. 4.

4. That plaintiff Luna should be awarded damages to compensate for the reasonable cost of medical care and hospitalization?

    Answer Yes or No _____

If your answer is Yes, in what amount? $_____

5. That the plaintiff Luna should be awarded damages to compensate for physical pain and suffering?

    Answer Yes or No _____

If your answer is Yes, in what amount? $_____

Please sign and date these interrogatories.

DATED: 6/12/07                          _____
                                        FOREPERSON